**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 592 MAL 2023

          Respondent              :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

            v.                  :

NORMA JEAN HARBOLD,           :

          Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.